IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMILA GATLIN,

    Plaintiff,

v.

SHERIFF DAVID MAHONEY
and DR. SYED,

    Defendants.

OPINION & ORDER

Case No. 19-cv-803-wmc

---

Plaintiff Jamila Gatlin is proceeding in this lawsuit under 42 U.S.C. § 1983 on claims that defendants, former Sheriff David Mahoney and Dr. Syed, violated her constitutional rights in failing to provide adequate treatment for her asthma and subjecting her to inhumane conditions of confinement. On February 25, 2022, each defendant filed a motion for summary judgment on the ground that plaintiff failed to failed to exhaust her administrative remedies. (Dkt. ##28, 34.) The court set March 18, 2022, as plaintiff's deadline to respond to Mahoney's motion, and March 21, 2022, as her deadline to respond to Dr. Syed's motion. Both of those deadlines have passed, and plaintiff has not responded to either motion, nor communicated with the court suggesting that she intends to do so and needs more time. Therefore, it appears that plaintiff may have abandoned her claims in this lawsuit. Before dismissing this action, however, the court will give plaintiff an opportunity to respond to these motions. Plaintiff is advised that if she fails to meet the deadline set forth below, the court will dismiss her claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

IT IS ORDERED that:

1. Plaintiff Jamila Gatlin has until **April 28, 2022,** to respond to defendants' motions for summary judgment.

2. **Plaintiff is advised that if she fails to respond as directed, this court will dismiss her claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

Entered this 7th day of April, 2022.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge